**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6410**

CHRISTOPHER LEE JOHNSON,

Plaintiff - Appellant,

v.

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS; BROAD RIVER CORRECTIONAL INSTITUTION,

Defendants - Appellees,

and

LT. CLEAVELAND; LT WARD; SGT CASSADOS; LT JOHNSON,

Defendants.

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Joseph Dawson, III, District Judge.  (6:24-cv-06461-JD-KFM)

Submitted:  September 25, 2025                    Decided:  September 30, 2025

Before GREGORY and WYNN, Circuit Judges, and FLOYD, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Christopher Lee Johnson, Appellant Pro Se.  Janet Brooks Holmes, MCKAY FIRM, PA, Columbia, South Carolina, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Lee Johnson seeks to appeal the district court's order adopting the magistrate judge's report and recommendation to dismiss Johnson's claims against two defendants, while allowing the rest of his claims to proceed. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Johnson seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*
